Matter of Latham
2026 NY Slip Op 03606
June 5, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

MATTER OF JOSEPH WILLIAM LATHAM, AN ATTORNEY, RESIGNOR.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department
Decided on June 5, 2026
-
Present: Lindley, J.P., Ogden, Nowak, And Delconte, JJ. (Filed May 28, 2026.)
[*1]
MEMORANDUM AND ORDER
Application to resign for non-disciplinary reasons accepted and name removed from roll of attorneys.